JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

7/7/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMINTA ARMS HOMEOWNERS ASSOCIATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation; ANTHONY C. ZELAYA, an individual; JOHN R. HENNESSY, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-09816-BRO-MRWx<br>Assigned to the Hon. Beverly Reid O'Connell<br><br>[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

**TO THIS HONORABLE COURT:**

Having considered the Stipulation between Plaintiff ARMINTA ARMS HOMEOWNERS ASSOCIATION ("Plaintiff") and Defendant TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA ("Travelers"), and for good cause shown,

///

///

1

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

**IT IS HEREBY ORDERED THAT:**

1. The entire action is dismissed with prejudice;

2. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: __July 7_____, 2016

_____
Hon. Beverly Reid O'Connell
United States District Judge

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE